**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**MECOS OLIVER**                                                              **PETITIONER**
**Reg. #24242-076**

**v.**                          **CASE NO. 2:16-CV-00033 BSM**

**CV RIVERA, Warden,**                                                    **RESPONDENT**
**FCI-Forrest City**

## ORDER

The recommended disposition [Doc. No. 24] submitted by United States Magistrate

Judge J. Thomas Ray has been received.  Petitioner Mecos Oliver has not filed objections.

After careful consideration, the recommended disposition is adopted in its entirety, and

Oliver's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 [Doc. No. 1]

is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of February 2017.


_____
UNITED STATES DISTRICT JUDGE